

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2019

No. 04-18-00808-CV

Rodulfo J. **MENDEZ,**
Appellant

v.

Jessica **AGUIRRE,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CI00963
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

On June 7, 2019, we ordered court reporter Luis Duran, Jr., to file the record of the hearing held on September 28, 2018 on or before June 17, 2019. Although Mr. Duran notified the court via telephone that no record was taken on that date, he has not filed a notification of no record taken.

We, therefore, ORDER the court reporter to file a response on or before **July 22, 2019**. If a response is not received by such date, an order may be issued directing the court reporter to appear and show cause why he should not be held in contempt for failing to file a response.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court